| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| EDGAR JOSIAS VASQUEZ, | § § § § | |
| Petitioner, | | |
| versus | § § | CIVIL ACTION H-16-2655 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## Order of Adoption

On February 10, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (13). Petitioner filed objections (14). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Vasquesz's petition for writ of habeas corpus is denied with prejudice.

Signed _March 2_, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge